UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

UNITED STATES OF AMERICA

    Plaintiff

vs.

1)    ONE SILVER 2001 BMW 330CI,
TWO DOOR COUPE,
VIN # WBABN53491JU30723

2)    ONE CONDOMINIUM
UNIT NO. 10C, OF EMBASSY TOWER,
2701 NORTH OCEAN BLVD. #10C,
FORT LAUDERDALE, FLORIDA, 33308
OWNER: COY CALDWELL

3)    ONE GOLD "DAYTONA" ROLEX WATCH, AND

4)    $11,520.00 in U.S. CURRENCY

    Defendants.




04-60719
CIV-MARRA

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States files this Verified Complaint for Forfeiture In Rem and in support alleges that:

1)    This is a civil action for forfeiture In Rem against One Silver 2001 Bmw 330ci, Two Door Coupe, Vin # WBABN53491JU30723; One Condominium Unit No. 10C, of Embassy Tower, 2701 North Ocean Blvd. #10C, Fort Lauderdale, Florida, 33308, One Gold "Daytona" Rolex Watch, and $11,520.00 U.S. currency,

2)    This Court has jurisdiction over this matter pursuant to Title 28 U.S.C. §1345 and 1355.



3) This Court has venue over the defendant property pursuant to Title 28 U.S.C. §1395(a) and (b).

4) The defendant property is forfeitable pursuant to Title 21 U.S.C. §§881(a)(6) as narcotics proceeds, moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for controlled substance or listed chemical in violation 21 U.S.C. §801 et seq., and all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of 21 U.S.C. §801 et seq. Additionally, defendant property no. 1 is forfeitable pursuant to 21 U.S.C. §881(a)(4) as it facilitated Caldwell's narcotics business.

5) All are owned by an individual known as COY CALDWELL. Caldwell is known to Law Enforcement to be a Distributor of Methamphetamine in the Fort Lauderdale area since approximately the year 2000. Caldwell has no known legitimate source of income.

6) On 05-07-2004, Law Enforcement Agents met with a CS to conduct controlled/monitored taped telephone call to Coy Caldwell at telephone cell number (954)336-6383 in reference to the purchase of two ounces of Crystal Methamphetamine from Caldwell for $4,000.00.

7) Caldwell advised the CS that he (Caldwell) was back in Fort Lauderdale at his residence located at 2701 N. Ocean Blvd., #10C, Fort Lauderdale, Florida. The CS asked Caldwell, If he would be able to meet him twice for lunch. This was Caldwell's terminology for two ounces of crystal Methamphetamine to be delivered. Caldwell agreed that he was willing to meet the CS in Fort Lauderdale to complete the transaction.

8) Later that day Law Enforcement Agents established surveillance on Caldwell's residence.

9) The CS conducted a controlled/monitored and taped telephone call to Caldwell. The CS advised Caldwell that he/she would be able to meet Caldwell at the Walgreens Drug Store located at, One West Sunrise Blvd, and Fort Lauderdale, Florida. Caldwell agreed and the CS advised CALDWELL that he/she would call again when he/she gets close to Walgreens. Caldwell advised that he was ready to complete the deal.

10) Later on that day Law Enforcement observed Caldwell exit the parking garage of his residence in his silver, 2001, BMW. Caldwell was followed by Law Enforcement Agents until Caldwell was temporarily lost in heavy traffic due to Caldwell's erratic driving pattern. Subsequently, agents and Caldwell simultaneously arrived at the Walgreens parking lot at approximately 4:36 P.M.

10) Caldwell was observed entering the Walgreens Parking lot. . Caldwell exited from his vehicle and approached the CS vehicle. As Caldwell walked to the CS vehicle, Law Enforcement observed Caldwell adjusting a bulge in his left side pants pocket. Caldwell entered into the CS Vehicle on the passenger side. A conversation ensued between the CS and Caldwell in reference to the Methamphetamine at which time the CS gave both a verbal and visual signal that the Methamphetamine was present.

11) The CS exited the vehicle at which time Agents moved in to arrest Caldwell. Law Enforcement Agents approached the passenger side of the CS vehicle and took Caldwell into custody. Law Enforcement patted Caldwell's pants pocket and then removed two individually packaged, brown paper envelopes, wrapped with a rubber band. Law Enforcement opened these

two envelopes and found one clear plastic baggie, in each envelope (Total two) containing Crystal Methamphetamine inside. A total of 65 grams of Methamphetamine were seized.

12) Following his arrest, Caldwell was read his Miranda Rights, refused to cooperate and indicated he would be out on bond that night. Caldwell further refused consent for agents to search his residence for additional methamphetamine. Caldwell provided his home address as 2701 N. Ocean Blvd, Unit 10C, and Fort Lauderdale, Florida. This address is also listed on CALDWELL's Florida Drivers License. While in custody, Caldwell advised that he had no means of employment.

13) On May 7, 2004 TFO Brull directed Wilton Manors Police Officer Oscar Gonzalez and his certified narcotics trained K-9 Rocky to the public walk way in front of CALDWELL's residence located at 2701 N. Ocean Blvd, Unit 10C, and Fort Lauderdale, Florida. While at this location, Officer Gonzalez deployed K-9 Rocky who conducted a sniff along several unit front doors, located on the tenth floor. From the public area, K-9 Rocky then tracked to unit 10C where K-9 Rocky alerted to the presence of a narcotics odor emitting from within.

14) A search Warrant for Caldwell's residence was applied for and granted by the Honorable Judge Sheldon Schapiro on and executed several hours later. Inside Caldwell's residence Law Enforcement found and seized an additional 5 grams of Methamphetamine, Marijuana, two digital scales, rubber gloves and packaging material used in the distribution of narcotics. Additionally $11,520.00 in U.S. Currency was found next to the Methamphetamine and gloves. The currency was bound in rubber bands which consisted mostly of $1,000.00 increments.

15) A Rolex "Daytona" watch was also found and seized from Caldwell's residence.

16) On May 7th, 2004, the BMW was used by Caldwell to transport Methamphetamine from Caldwell's residence to the meeting.

17) On May 7th, 2004, Coy Caldwell was arrested for Trafficking in Methamphetamine per Florida State Statute F.S.S. 893.135. Caldwell is a defendant in the case of State of Florida v. Coy Caldwell, Court Case # 047583CF10A. A copy of the information is attached.

18) On March 5th, 2002, the condominium unit was purchased by Caldwell for $210,000.00, with a mortgage lien for $168,000.00, which was fully satisfied on April 29th, 2004. Caldwell has been distributing Methamphetamine since at least 2001 and has no legitimate means of income to support the purchase of the defendant properties.

**WHEREFORE,** the United States of America request that process in due of law according to the procedures of the Court in cases of actions in rem in accordance with provisions of Rule C (3), Supplemental Rules of Certain Admiralty and Maritime Claims issue against the defendant property, and that any person or persons having any interest therein be cited and directed to appear herein and answer this complaint, and that this Court decree the condemnation and forfeiture of the defendant property to the United States and that plaintiff have such other and further relief as may be just and proper.

Respectively submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
Fla Bar No. A5500074
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax: (954) 356-7180

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I , Jeffrey Brull, Special Agent for the Drug Enforcement Administration, have read to foregoing Complaint for Forfeiture In Rem and state that the contents are true to the best of my knowledge and belief.

_____
TASK FORCE AGENT JEFFREY BRULL
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET 04 - 60719

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
ONE 2001 BMW 330Ci, TWO DOOR COUPE, VIN # WBABN53491JU30723, ONE CONDOMINIUM UNIT NO. 10C, OF EMBASSY TOWER, 2701 NORTH OCEAN BLVD. #10C, FORT LAUDERDALE, FLORIDA, 33308; ONE GOLD "DAYTONA" ROLEX WATCH

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
WILLIAM H. BECKERLEG, JR.
500 EAST BROWARD BLVD., SUITE 700
FORT LAUDERDALE, FL 33394

ATTORNEYS (IF KNOWN)

0:04CV 60719 KAM/BSS

(d) CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   (BROWARD),   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE,   HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)
TITLE 21, UNITED STATES CODE, SECTION 881(a)(6) & (4)

LENGTH OF TRIAL
via ____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 6-1-4

SIGNATURE OF ATTORNEY OF RECORD
WILLIAM H. BECKERLEG, JR.

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.